IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 3:94-CR-46-3H

UNITED STATES OF AMERICA,  )
                           )
                           )
     v.                    )         **ORDER**
                           )
STEVEN DESMOND PETERSON,   )
     Defendant.            )

This matter is before the court on defendant's motion for clarification [DE #476]. In his motion, defendant asks this court to clarify its order of restitution as to two of his co-defendants. The court notes that it will not provide clarification to defendant as to another defendant's sentence. Furthermore, during incarceration, payment of restitution is governed by the Inmate Financial Responsibility Program, a program administered by the Bureau of Prisons. Therefore, defendant's motion [DE #476] is DENIED.

This 5TH day of July 2011.

                              _____
                              Malcolm J. Howard
                              Senior United States District Judge

At Greenville, NC
#26