IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA,

v.

STEVEN DESMOND PETERSON,
defendant,

FILED
AUG 29 2019
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

NOTICE OF APPEAL

Now comes, STEVEN DESMOND PETERSON, filing a notice of appeal of [DE #587], and [DE #601]. The defendant is appealing a final amended judgment to the Appeal Court of the Fourth Circuit. In order, to have his amended judgment corrected and affirmed.

Dated: 8/27/19

Submitted by
_Stephen Peterson_
STEVEN PETERSON #15086-056
FCI BENNETTSVILLE
P.O. Box 52020
BENNETTSVILLE, SC 29512

# CERTIFICATE OF SERVICE

I, STEVEN PETERSON, CERTIFY THAT I PLACE THIS NOTICE OF APPEAL IN THE MAIL SYSTEM OF FCI BENNETTSVILLE, TO BE MAILED TO 310 NEW BERN AVE RALEIGH, NORTH CAROLINA, 27601, ON This August MONTH, Day 27th of the Year 2019.

/S/ *[signature]*

STEVEN DESMOND PETERSON
FCI BENNETTSVILLE
P.O. BOX 52020
BENNETTSVILLE, SC 29512