RECEIVED
APR - 6 2020 REC'D
JAA
PETER A. MOORE, JR., CLERK
DISTRICT COURT, EDNC

Dear Honorable, Malcolm J. Howard,

I'm writing you feeling a little desperate and scared. My greatest fear may be upon me. With this corona virus that approaches us soon, I fear if one of these inmates get it, it would be a lot of Death in the B.O.P. It's like animals in the cage and the zoo is on fire.

I had always said that you sentenced me to a slow death, well, I can't understand why you would give a 22 year old kid a life sentence without a possible chance of ever getting out. Now I do understand and the law at the time seems correct. Now, look at america. Some things are just meant to be that way.

First, I would like to thank you for saving my life. I may have not even reach 30, the way I was living at the time. I also forgive you for giving me this life sentence, and though I suffer every single day hour, minute - I still can not accept this reality.

Sometimes I'm torchure and torment so bad, that I wish I would have killed Chanovan Martin. That way when I look in the mirror it would ease my pain.

As much as I wish I could have done this evil act that I'm accused of, just so I could be at peace to say: Well, Mr. Peterson, you attempted to rob and then killed this man, how could you cry when your life is taken and you took a life.

That's the part that never adds up. I did not plan or attempt to rob Chanovan Martin; and I did not kill him. That story I can not change because it's the truth. (no matter how bad I want out of prison)

I just wanted to point out, my J.O.C. Ended Offense date is incorrect and this is causing me not to obtain relief. I was arrested March 29, 1994. My Ended Offense date is June 30, 1994. I was in the Detention Center prior to June 1994. Also, the Jury found me not guilty of any offenses beyond October 1993. That's the Correct Ended Offense date. October 1993.

This incorrect date caused me to be sentenced under the 1994 guideline Manual. This also caused a Ex Post Facto violation that was overlooked by all parties at sentencing. Under the proper 1992 manual, 21 USC 848(e) had a 20 year required minimum sentence that was deleted on November 1, 1993.

No one looked at the verdict sheet or the indictment where as the jury did no convict beyond October 1993. Martin was killed July 1993. I don't know if you remembered but you did questioned the P.S.O. The government said it was the other manual and jumped subject.

The reason I bring this up is because Count 6 is preventing me from getting relief. But, I'm not suppose to have a mandatory life sentence on Count 6 anyway. The mandatory minimum for 848(e) is 20 years. Felony murder is level 38.

Honorable Judge Malcolm J. Howard, William L. Davis ex. District Attorney, he did not call not one witness for me. No discovery, No investigation, No defense. No reply on Appeal, No Anders Brief, No Notice and No Certiorari. Time barred on my 2255. Everyone of my codefendants got all their remedies. All recieved a second chance at life from you. Ronald Andrews (Murder), Antonio Duerson (Murder) Within the next 18 months or so, give or take, I would be the only one left on this indictment. 5K1.1 is 50% of your time off, well,

I've did over double the time of Andrews and Duerson, they got out in 2007.

They have this First Step Act that allows you to revisit all counts if you see that I am eligible for a reduction on some counts. If you would take into consideration that I was not the triggerman and N.C. State law would define my crime as second degree murder. Plus, that I have served over 26 years in prison. I have two grandchildren, I'm 49 years of age now. This is my first felony ever. Just because I was 21 years old when this madness happened, I was only a adult by age. Mentally, the light didn't come on until 2007. Then it was only dim. The light actually came on in 2014.

I have about 60+ certificates, I was a mentor in the Challenge Program and ReEntry program. I have Appreciation Letters and Certificates from two different Wardens, J.C. Holland, Butner N.C. and Ray Ormond. I am a suicide watch companion. I was part of the first ReEntry Program in a U.S.P. setting. I saved the life of inmate Jermaine Covington (stabbed in the neck area) and in 2015, I saved a life of a Derrick Mack (stabbed in the Head and neck several times)

I'm asking under the First Step Act, if you would consider me for a sentencing reduction on Count 6 due to my offense ending before the new Amendment 476, enacted Nov. 1, 1993.
And being that I was not the trigger man and there was no testimony as to a plan to kill anybody. And that 21, 848(e) statute is 20 years to life and this wasn't a death penalty case.

We are on lockdown due to coronavirus, If I am able, I will send a copy of all my accomplishments. If you do decide to give me a second chance, I have several family members that would house me and allow me to work with them.       Thank you,
                                    Sincerely,
4/2/2020                            Steven Desmond Peterson
                                    STEVEN DESMOND PETERSON
                                    FCI BENNETTSVILLE
                                    P.O. Box 52020
                                    BENNETTSVILLE, S.C. 29512

Please change my Ended offense date to Oct. 1993. Please treat this letter as a motion under the First Step Act. I have carpal tunnel so forgive my hand writing. May God Bless you and Keep you strong.