STEVEN DESMOND PETERSON
Federal Correction Institute
P.O. Box 52020
Bennettsville, S.C. 29512

COLUMBIA
SC 290
03 APR 20
PM 2 L



RECEIVED
APR - 6 2020 REC'D
JAA
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

Honorable Judge Malcolm J. Howard
201 South Evans Street, Room 209
Eastern District of North Carolina
Greenville, N.C. 27858

27858-113859