# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Steven Desmond Peterson | ) Case No: 3:94-CR-46-3H |
| | ) USM No: 15086-056 |
| Date of Original Judgment: May 9, 1995 | ) |
| Date of Previous Amended Judgment: August 15, 2019 | ) Laura Wasco |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(1)(B)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(1)(B) for a modification of an imposed term of imprisonment to the extent otherwise expressly permitted by statute and as provided by Section 404 of the First Step Act of 2018, and having considered such motion, and taking into account the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  life on Cts 2, 6, 24 - 34   months **is reduced to**  324 months on Cts 2, 6, 24 - 34,  .

*(Complete Parts I and II of Page 2 when motion is granted)*

and the 60-month consecutive term imposed on Count 3, producing a total imprisonment term of 384 months. The terms of supervised release for Counts 24 - 34 are reduced to 4 years on each count, concurrent to the 5-year terms imposed on each of Counts 2 and 6 and the 3-year term imposed on Count 3, producing a total supervised release term of 5 years.

The court recognizes this constitutes a downward variance based upon the now-advisory nature of the guidelines, the disparate sentencing factors, changes in statutory penalty ranges, and the factors under section 3553(a) including the childhood trauma he suffered, the seriousness of these offenses, his rehabilitation over the last 27 years. The court finds this variance is needed to produce a sentence that is sufficient but not greater than necessary.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

Except as otherwise provided, all provisions of the judgment(s) dated May 9, 1995, and August 15, 2019, shall remain in effect. **IT IS SO ORDERED.**

Order Date: 12/17/20

*Judge's signature*

Effective Date: _____
*(if different from order date)*

Malcolm J. Howard   Senior U.S. District Judge
*Printed name and title*